# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT

## . OPINION.

## FIRST DEPARTMENT, JANUARY, 1921.

CHARLES A. ROGERS, Respondent, v. ROBERT T. RASMUSSEN and Others, as Administrators, etc., of DENNIS J. DONOVAN, Deceased, and BAY RIDGE THEATRE CORPORATION, Appellants.

*Injunction — modification.*

Appeal from order of the Supreme Court, entered in the New York county clerk's office September 28, 1920, granting an injunction *pendente lite.*

PER CURIAM: The injunction order should be modified by limiting the amount of the stock required to be held by each of the defendants to $18,000 par value, and by further providing that the defendants shall be entitled to have the order vacated on proof that they have deposited with the clerk of the court, or otherwise, as they and the plaintiff may agree, stock of the par value of $18,000, subject to the final order of the court on the trial of the issues, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ. Order modified as stated in opinion and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Settle order on notice.

---

JOHN H. CANHAM, Suing, etc., Plaintiff, v. COMMONWEALTH FINANCE CORPORATION and Others, Defendants.

*Appeal — appeal cannot be taken till order entered — stay of proceedings denied when order not entered.*

Motion by defendants for a stay of proceedings pending an appeal from an order of the Supreme Court appointing temporary receivers.

PER CURIAM: The Special Term not having entered the order which it announced it intended to make, no appeal therefrom could be taken. Hence, no appeal is pending in this court. The motion for a stay is, therefore, premature, and for that reason must be denied and the stay contained in the order to show cause vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Motion denied with ten dollars costs and stay vacated.